for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. John P. Ohl* for petitioner. *Acting Solicitor General Cox, Assistant Attorney General Clark, Mr. Sewall Key, Miss Helen R. Carloss* and *Mrs. Muriel S. Paul* for respondent.

No. 150. CLARAGE FAN CO. *v.* B. F. STURTEVANT CO. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Fred L. Chappell* and *Wm. S. Hodges* for petitioner. *Messrs. Harry Dexter Peck* and *Melvin R. Jenney* for respondent.

No. 151. SEVEN UP CO. *v.* CHEER UP SALES CO. ET AL. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Frank Y. Gladney* and *John H. Cassidy* for petitioner. *Mr. Oliver T. Remmers* for respondents.

No. 153. PALMQUIST *v.* UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Bart. A. Riley* for petitioner. *Acting Solicitor General Judson, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 154. CRYNE *v.* UNITED STATES. October 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Archibald Palmer* for petitioner. *Acting Solicitor General Cox, Messrs. James M. McInerney, Robert S. Erdahl* and *Irving*